```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE:<br>EVELYN RIVERA ROLON | CASE NO. 10-06030-BKT<br><br>CHAPTER 13 |
|---|---|
| DEBTOR(S) | |

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

 NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

SALLIE MAE INC / USAFI
PO BOX 9430
WILKES BARRE, PA  18773-9430

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.


 WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0667955 for the amount of $383.54.


30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)


DATE: April 03, 2014                          /s/ José R. Carrión
                                              José R. Carrión, Trustee
                                              PO Box 9023884, Old San Juan
                                              San Juan, PR 00902-3884
                                              Tel. (787) 977-3535

10-06030-BKT
EVELYN RIVERA ROLON

VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

EVELYN RIVERA ROLON
HC 01 BOX 3903
BO QUEBRADA GRANDE
BARRANQUITAS, PR  00794

JORGE R COLLAZO SANCHEZ*
PO BOX 1494
COAMO, PR  00769

SALLIE MAE INC / USAFI
PO BOX 9430
WILKES BARRE, PA  18773-9430

In San Juan, Puerto Rico this Thursday, April 3, 2014.

_____
Chapter 13 Clerk